TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************

United States

-v.-

Lucio Celli

18-MJ-1101
Docket Number

******************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Kayla Bensing
Firm Name: U.S. Attorney's Office -- EDNY
Address: 271 Cadman Plaza East
Brooklyn, NY 11201
Phone Number: (718) 254-6279
E-Mail Address: kayla.bensing@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:
_____
_____

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

defendant at large; flight risk; ongoing criminal investigation

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn, NEW YORK
November 13, 2018

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE November 13, 2018
DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

November 13, 2018                                _____ SIGNATURE
DATE