UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

            - against -

LUCIO CELLI,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

18-MJ-1101 (VMS)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney

for the Eastern District of New York, by Assistant United States Attorney Penelope J. Brady,

for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the

above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        _____*11/14*_____, 2018

/s/ VMS
_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK