# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Steven Tiscione__    DATE: __12/10/18__

DOCKET NUMBER: __18-1101M__    LOG #: __11:12 — 11:24__

DEFENDANT'S NAME: __Lucio Celli__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Leticia Olivera__
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Kayla Bensing__    CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __1/11/19__ @ __11:00__ before Judge __duty MJ.__

Other Rulings: __Court excludes time from 12/10/18 until 1/11/19 in the interests of justice despite the dft's wishes not to exclude time.__

1) 11/1/21 - 11:59 - duty MJ.

Court excludes time from 11/1/21 until 11/1/21 in the interests of justice despite the Atty's wishes not to exclude time.