# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Roanne Mann**               DATE :  **1/9/19**

DOCKET NUMBER:   **18-1101M**               LOG # :  **11:23 - 11:27a**

DEFENDANT'S NAME :  **Lucio Celli**
                    ✓ Present      ___ Not Present      ✓ Custody      ___ Bail

DEFENSE COUNSEL:   **Leticia Olivera**
                    ✓ Federal Defender      ___ CJA      ___ Retained

A.U.S.A:   **Kayla Bensing**               CLERK:   **E. Williams**

INTERPRETER : _____   (Language) _____

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending
       satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail
    application / package. Order of detention entered with leave to reapply to a Magistrate
    or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **1/9/19** Stop **2/8/19**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **2/8/19** @ **11:00am** before Judge **Duty MJ.**

Other Rulings : _____

_____

_____

_____