# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__   DATE: __2/5/19__

DOCKET NUMBER: __18-1101M__   LOG #: __2:33 - 2:58__

DEFENDANT'S NAME: __Lucio Celli__
__✓__ Present ___ Not Present   __✓__ Custody ___ Bail

DEFENSE COUNSEL: __Leticia Olivera__
__✓__ Federal Defender ___ CJA ___ Retained

A.U.S.A: __Kayla Bensing__   CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
    ___ Defendant advised of bond conditions set by the Court and signed the bond.
    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____
    ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Order of Excludable Delay/Speedy Trial entered. Start __2/5/19__ Stop __3/7/19__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Dfse counsel presented a bail application with 2 sureties and 1 property; gov't opposed; court denied application without prejudice to present when a course of medical treatment is submitted to the court

Def counsel presented a bail application with a surety and 1 property, govt opposed, court denied application without prejudice to submit when a course of medical treatment is submitted to the court.