UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| | : | No. 18-MJ-1101 |
| v. | : | |
| | : | Hon. James Orenstein |
| LUCIO CELLI | : | U.S.M.J. |
| Defendant | : | |

_____

**ORDER**

**AND NOW,** this _____ day of February, 2019, upon consideration of Lucio Celli's *Application for Production of Lucio Celli's Records from* ▓▓▓▓▓▓▓▓▓▓ it is hereby **ORDERED:**

The Application is GRANTED.  Within seven (7) days upon service of this Order upon the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shall provide a copy of any and all ▓▓▓▓▓▓▓ in its possession or control related to Lucio Celli ▓▓▓▓▓▓▓, upon Mr. Celli's attorney at the following address.

>Leticia Olivera c/o Patricia Paulino
>Federal Defenders of New York, Inc.
>One Pierrepont Plaza, 16th Floor
>Brooklyn, NY 11201
>Office: (718) 407-7403
>Fax: (718) 855-0760
>Email: patricia_paulino@fd.org

_____
Hon. James Orentstein, USMJ