# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 11, 2019

TO BE FILED UNDER SEAL
By Email
The Honorable James Orenstein
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>United States v. Lucio Celli, 18-MJ-1101</u>**
*Application for Court Order To Produce Lucio Celli's Records*

Judge Orenstein:

    We are conducting an investigation of Mr. Celli's medical history in order to better-identify his treatment needs. In pursuing this investigation, we requested records from the ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ on December 10, 2018 and have not yet received a response. To ensure that we have a complete set of records as soon as possible, we are seeking the Court's assistance and request that the Court sign the enclosed proposed order requiring ▮▮▮ to provide records relating to Mr. Celli.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/Leticia M. Olivera
Leticia M. Olivera
Federal Defenders of New York
(718) 330-1253

cc:    Kayla Bensing, AUSA (via email)